# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Domingo Velazquez Casillas, et al
v.
Forest Laboratories, Inc., et al

CASE NUMBER: 98-1076 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 8.31.99  Docket # 42<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: AIU's Motion to dismiss | Before the Court is Defendant AIU Insurance Company's unopposed motion to dismiss. AIU had issued an umbrella policy for co-defendant Forest Laboratories. Co-defendant Federal Insurance Company had issued the underlying policy for Forest.<br>On August 6, 1999, Plaintiffs and Federal Insurance filed a joint motion requesting that the claims against Federal be dismissed with prejudice. AIU argues that because the issuer of the underlying insurance policy has been dismissed, the issuer of the umbrella policy cannot be liable. Plaintiffs do not oppose this motion. Accordingly, the Court hereby **grants** the motion to dismiss AIU from this case. Partial judgment shall be entered accordingly. |
| Date 9/21/99 | HECTOR M. LAFFITTE<br>Chief U.S. District Judge |


