UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Domingo Velazquez Casillas, et al
v.
Forest Laboratories, Inc.

CASE NUMBER: 98-1076 (HL)

## PARTIAL JUDGMENT

The Court having granted AIU Insurance Company's motion to dismiss, partial judgment is hereby entered dismissing AIU from this case. This claim remains as against Forest Laboratories, Inc.

Date 9/22/99

HECTOR M. LAFFITTE
Chief U.S. District Judge