UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Domingo Velazquez Casillas, et al
v.
Forest Laboratories, Inc.

CASE NUMBER: 98-1076 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.27.99    **Docket #** 45<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Request for amendment of scheduling order | Granted. The deadline for filing dispositive motions is hereby extended to **October 15, 1999**. The Court will not entertain any further motions to extend this deadline, and it will not consider any dispositive motions filed after this deadline. |

Date 9/30/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

