UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Domingo Velazquez Casillas, et al
v.
Forest Laboratories, Inc.

CASE NUMBER: 98-1076 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.25.99   **Docket # 49**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion requesting extension of time | Granted until **November 15, 1999**. No further extensions will be granted. If no opposition is filed by this deadline, the Court will consider the motion for summary judgment to be unopposed. |

Date 10/25/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

