Case 3:98-cv-01076-HL   Document 56   Filed 12/09/1999   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Domingo Velazquez Casillas, et al
v.
Forest Laboratories, Inc.

CASE NUMBER: 98-1076 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 11.30.99  Docket # 55<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to quash opposition to motion for summary judgment, for sanctions, or for leave to file reply | The motion to quash the opposition to the motion for summary judgment is denied. The Court also denies the request for sanctions and the motion for leave to file a reply brief. If the Court determines that additional briefings on Defendant's motion for summary judgment is necessary, it will order the parties to submit them. Otherwise, no further motions on this issue shall be filed. |
| 12-9-99<br>Date | HECTOR M. LAFFITTE<br>Chief U.S. District Judge |

