UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Domingo Velazquez Casillas, et al
v.
Forest Laboratories, Inc.

CASE NUMBER: 98-1076 (HL)

*RECEIVED & FILED 00 JAN 14 PM 2:20 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| **Date Filed:**     **Docket #**<br>[ ] Plffs  [] Defts  [ ] Other<br>Title: | The pretrial and settlement conference scheduled for January 21, 2000, is hereby reset to **February 1, 2000**, at 2:00 p.m. |

Date 1-14-00

HECTOR M. LAFFITTE
Chief U.S. District Judge