ENTERED ON DOCKET
1/26/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

DOMINGO VELAZQUEZ CASILLAS, et al
  Plaintiffs,
v.

Civil No. 98-1076 (HL)

FOREST LABORATORIES, INC.,
  Defendant.

## JUDGMENT

The Court having issued an opinion and order on this same date, judgment is hereby entered dismissing this case with prejudice.

San Juan, Puerto Rico, January 26, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge