# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Domingo Velazquez Casillas, et al

**v.**

Forest Laboratories, Inc.

**CASE NUMBER:** 98-1076 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.17.00    **Docket # 64**<br>[x ] Plffs   [] Defts   [ ] Other<br>**Title:** Motion requesting extension of time | Granted until March 3, 2000.  No further extensions shall be granted. |



Date 2/23/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



