# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Domingo Velazquez Casillas, et al
     v.
Forest Laboratories, Inc.

CASE NUMBER: 98-1076 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 2.7.00    Docket # 63<br>[ ] Plffs   [x] Defts   [ ] Other<br>Title: Memorandum of law in support of bill of costs | Granted in part. Plaintiffs have objected to the travel costs associated with the taking of Plaintiffs' deposition. Defendant in its memorandum of law raises no argument in support of this cost. Accordingly, the Court sustains Plaintiffs' objections to this cost.<br>  Plaintiffs do not, however, object to the costs associated with the taking of their depositions and with copies used in this case. A prevailing party is entitled to recoup such costs. *See* 28 U.S.C.A. § 1920(2) & (4) (West 1994); *Rodriguez-Garcia v. Davila*, 904 F.2d 90, 100 (1st Cir. 1990) (copies); *Templeman v. Chris Craft Corp.*, 770 F.2d 245, 249 (1st Cir. 1985) (depositions). Therefore, the Court grants Defendant's request as to the costs of the depositions and the copies. It shall be entitled to $98.00 for copies and $4,212.50 for depositions, for a total of $4,310.50. |

Date 3/29/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


